IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Nathaniel Alejandro Spotted Horse, ) | Case No. 1:23-cr-120 |
| ) | |
| Defendant. ) | |

In September 2023, the court issued orders conditionally release Defendant to the Prairie Recovery Center ("PRC"). (Doc. Nos. 25 and 26). On October 25, 2023, Defendant filed a Motion to Amend Order Setting Conditions of Release. (Doc. No. 27). Advising that the Hot Springs V.A. Medical Center in Hot Springs, South Dakota, has accepted him and that he has made the necessary arrangements for his transport, he requested that the court amend his release conditions and permit him to leave PRC on October 29, 2023, and travel to the Hot Springs V.A. Medical Center so that he can participate in its treatment program starting on October 30, 2023. On October 27, 2023, at the court's direction, Defendant filed a supplement to his motion, advising that PRC staff can transport him to the Hot Springs, South Dakota, on October 29, 2023. (Doc. No. 30).

The court **GRANTS** Defendant's motion (Doc. No. 27). Defendant's release conditions are amended as follows. PRC staff shall transport Defendant to the Hot Springs, South Dakota on October 29, 2023. Defendant shall report to and reside at the Hot Springs V.A. Medical Center on October 30, 2023, comply with its rules and regulations, fully participate in its programming, and sign all release forms to allow the Pretrial Services Office to obtain information from it to communicate with its staff about his progress in the program. Any passes allowed by the Hot Springs V.A. Medical Center must be approved by the Pretrial Services Officer. If for any reason

Defendant is terminated from the Hot Springs V.A. Medical Center, he must immediately report to the United States Marshal.  At least 96 hours prior to the anticipated completion of the treatment program, Defendant must advise the Pretrial Services Officer of his anticipated completion date so the court may schedule a hearing to review his release status.  Defendant remains subject to all other conditions of release that were previously imposed by the court.

**IT IS SO ORDERED**.

Dated this 27th day of October, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court