IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Nathaniel Alejandro Spotted Horse, | ) | Case No.: 1:23-cr-120 |
| | ) | |
| Defendant. | ) | |

In September of 2023, the court ordered the Defendant be conditionally released to Prairie Recovery Center. (Doc. Nos. 25-26). On October 25, 2023, Defendant filed a Motion to Amend Order Setting Conditions of Release. (Doc. No. 27). Defendant advised he had been accepted into Hot Springs V.A. Medical Center in Hot Springs, South Dakota and requested to travel there for treatment. (Doc. Nos. 29-30). The court granted Defendant's motion. (Doc. No. 31).

On December 15, 2023, Defendant filed a Second Motion to Amend Order Setting Conditions of Release. (Doc. No. 36). He requests to be released into the Hot Springs community and to follow a formulated discharge plan upon his discharge from treatment. (Doc. Nos. 36-37).

The discharge plan proposes that Defendant reside in the community of Hot Springs, South Dakota with his fiancée and her younger brother. The court **DENIES** Defendant's motion. (Doc. No. 36) as it has been advised that Defendant's proposed residence is no longer available. Defendant shall surrender to the U.S. Marshals upon completion of treatment.

**IT IS SO ORDERED.**

Dated this 21st day of December, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court